IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. |
| : | 5:06-cr-02 (HL) |
| COREY REDDING, : | |
| Defendant. : | |

### ORDER

Before the Court is Defendant's Motion for Removal of Two-Point Sentencing Enhancement for a Firearm (Doc. 124).

In his motion, Defendant states that Judge Owens sentenced him to a fifty-seven months prison term. According to Defendant, his sentence included a two-point sentence enhancement for possession of a firearm and a stipulation that he complete a Comprehensive Drug Abuse Program. Defendant contends that he is ineligible to complete the Comprehensive Drug Abuse Program because he received a two-point sentence enhancement. Defendant wishes to complete the drug program and asks the Court to remove the two-point sentence enhancement.

The Court does not have adequate information before it to determine whether to grant Defendant's request. As a result, the United States is ordered to respond to the Defendant's motion on or before May 14, 2010.

**SO ORDERED**, this the 19th day of April, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc